1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOBI-JO L. JOHNSON,

　　　　　　　　Plaintiff,

　　　　　v.

PJ PACIFIC, L.L.C., an Oregon limited
liability company; and GLACIERSAIL,
INC., a Grand Cayman corporation,

　　　　　　　　Defendants.

NO.

**COMPLAINT FOR DAMAGES**

16

17

18

　　　　COMES NOW, Plaintiff Tobi-Jo Johnson, by and through her attorneys of record,

Richard J. Davies and Marissa A. Olsson of Kraft Davies Olsson, P.L.L.C., and for a cause of

action against defendants, alleges as follows:

19

　　　　　　　　　　I.  JURISDICTION

20

21

22

23

24

　　　　1.1　　This is an action by a seaman against her employers and the owners and

operators of the a motor yacht for injuries sustained in the course and scope of plaintiff's

employment with defendants and for failure to timely pay medical cure for injuries and

illnesses occurring in the service of the vessel.

COMPLAINT FOR DAMAGES - 1

**KRAFT DAVIES OLSSON P.L.L.C.**
600 University Street, Suite 1904
Seattle, WA  98101
Ph. (206) 624-8844

1       1.2     Jurisdiction is vested in this court under 28 U.S.C. § 1331, the Jones Act,

2    46 U.S.C. § 30104, and the general maritime law.

3                    II.  PARTIES

4       2.1     At all times material, defendant PJ Pacific L.L.C. was an Oregon for-profit

5    limited liability company doing business in Seattle, King County, Washington within the

6    Western District of Washington, Northern Division, and was the owner and operator of the

7    M/Y ARROWHEAD, employed plaintiff as a member of the crew, and an agent for defendant

8    GlacierSail, Inc. in the United States of America.

9       2.1     At all times material, defendant GlacierSail, Inc. was an Grand Cayman

10    for-profit corporation doing business in Seattle, King County, Washington within the Western

11    District of Washington, Northern Division, and was the owner and operator of the M/Y

12    ARROWHEAD and employed plaintiff as a member of the crew.

13                  III.  LIABILITY

14       3.1     On or about October 4, 2019, the M/Y ARROWHEAD was in navigable

15    waters of the United States in Seattle within the Western District of Washington.  Plaintiff was

16    in the course and scope of her employment with defendants as a member of the crew of the

17    M/Y ARROWHEAD when she sustained injuries from inhalation of toxic fumes.  At that time

18    and place, the M/Y ARROWHEAD was unseaworthy and defendants were negligent.

19       3.2     Defendants' negligence and the unseaworthiness of the M/Y

20    ARROWHEAD include, but may not be limited to:  (a) failing to provide plaintiff with a safe

21    place to work; (b) failure to keep the crew safe from toxic fumes; (c) exposing the crew to toxic

22    fumes; (d) failure to properly vent the vessel to protect the crew from toxic fumes; (e) failure to

23    conduct a proper job safety hazard analysis of the tasks underway on the vessel; and (f) such

24    other negligence and unseaworthiness developed through discovery before trial.

COMPLAINT FOR DAMAGES - 2

## IV.  FAILURE TO PAY MEDICAL CURE

4.1    As plaintiff's maritime employer and the owner of the vessel, defendants had an obligation to pay maintenance and cure for injuries or illnesses plaintiff sustained while in the service of the vessel.

4.2    Defendant failed to timely pay medical cure for medical expenses related to plaintiff's exposure to toxic fumes on October 4, 2019 in violation of well-established maritime law.

4.3    Defendant's failure to timely pay medical cure has caused damage to plaintiff, including, but not limited to stress and anxiety and has impaired her credit rating.

## V.  DAMAGES

5.1    As a direct and proximate result of the unseaworthiness of the M/Y ARROWHEAD and defendant's negligence, plaintiff sustained injuries, including, but may not be limited to, a respiratory injury from inhalation of toxic fumes.  Plaintiff has incurred in the past and, with reasonable probability, will incur in the future, medical expenses, lost earnings and lost earning capacity, pain and suffering, anguish, psychological stress, disability, loss of enjoyment of life, and impairment of her financial credit rating.

WHEREFORE, plaintiff prays for damages and judgment against defendants, jointly and severally, in an amount to be determined by the presentation of evidence at the time of trial, punitive damages for failure to timely pay medical cure, together with taxable costs, pre-judgment interest, and reasonable attorneys' fees and costs.

/ / / /

/ / / /

/ / / /

/ / / /

COMPLAINT FOR DAMAGES - 3

**KRAFT DAVIES OLSSON P.L.L.C.**
600 University Street, Suite 1904
Seattle, WA  98101
Ph. (206) 624-8844

1    DATED this 7th day of January, 2022.

2

3                                                KRAFT DAVIES OLSSON, P.L.L.C.

4                                                s/Richard J. Davies
                                        By:     s/Marissa A. Olsson
5                                                RICHARD J. DAVIES, WSBA #25365
                                                 MARISSA A. OLSSON, WSBA #43488
6                                                Kraft Davies Olsson, PLLC
                                                 600 University Street, Suite 1904
7                                                Seattle, Washington   98101
                                                 Telephone: (206) 624-8844
8                                                Fax: (866) 231-2499
                                                 E-mail: RJD@admiralty.com
9                                                E-mail: MAO@admiralty.com
                                                 Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

COMPLAINT FOR DAMAGES - 4

**KRAFT DAVIES OLSSON P.L.L.C.**
600 University Street, Suite 1904
Seattle, WA  98101
Ph. (206) 624-8844