UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOBI-JO L. JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>PJ PACIFIC, L.L.C., et al.,<br><br>    Defendants. | NO.  C22-20RSL<br><br>ORDER TO SHOW CAUSE |

    This matter comes before the Court sua sponte.  The above entitled case was filed on January 7, 2022.  A status report was filed on April 11, 2022.

    Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1).  Plaintiff shall file a responsive brief no later than January 27, 2023.  The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, January 27, 2023.

    DATED this 13th day of January, 2023.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE-1