UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOBI-JO L. JOHNSON,

               Plaintiff,

     v.

PJ PACIFIC, L.L.C., an Oregon limited liability company; and GLACIERSAIL, INC., a Grand Cayman corporation,

               Defendants.

NO. 2:22-cv-00020-RSL

ORDER

     This matter comes before the Court on plaintiff's "Motion for Default Judgment." Dkt. # 14. Plaintiff has shown that defendants' failure to pay cure was willful and exhibited callousness and indifference to her plight, justifying her request for an award of punitive damages. Plaintiff has not, however, provided evidence supporting her claims for compensatory damages in excess of the costs of cure or for attorney's fees.

     The Clerk of Court is directed to renote plaintiff's motion for default judgment for consideration on February 17, 2023. Plaintiff shall, on or before that date, supplement the record to support her claims for compensatory damages and attorney's fees.

     Dated this 27th day of January, 2023.

                                              */s/ Robert S. Lasnik*
                                              ROBERT S. LASNIK
                                              UNITED STATES DISTRICT JUDGE

ORDER - 1