UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TOBI-JO L. JOHNSON,

        Plaintiff,

v.

PJ PACIFIC, L.L.C., an Oregon limited liability company; and GLACIERSAIL, INC., a Grand Cayman corporation,

        Defendants.

NO. 2:22-cv-00020-RSL

ORDER DIRECTING ENTRY OF DEFAULT JUDGMENT AGAINST PJ PACIFIC, LLC, AND GLACIERSAIL, INC.

This matter having come before this Court on plaintiff's "Motion for Default Judgment" (Dkt. # 14), and the Court having reviewed the pleadings and documents filed herein, and being fully advised, GRANTS the motion.

The Clerk of Court is directed to enter judgment jointly and severally against Defendants PJ Pacific, LLC, and GlacierSail, Inc., in the amount of $77.456.69:

| Unpaid Cure | $6,816.69 |
| --- | --- |
| Compensatory Damages | $10,000.00 |
| Punitive Damages | $50,000.00 |
| Attorney Fees | $10,640.00 |

ORDER DIRECTING ENTRY OF DEFAULT
JUDGMENT (2:22-cv-00020-RSL) - 1

**KRAFT DAVIES OLSSON P.L.L.C.**
1700 7th Avenue, Suite 2100
Seattle, WA 98101
Ph. (206) 624-8844

Dated this 22nd day of February, 2023.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER DIRECTING ENTRY OF DEFAULT
JUDGMENT (2:22-cv-00020-RSL) - 2

**KRAFT DAVIES OLSSON P.L.L.C.**
1700 7th Avenue, Suite 2100
Seattle, WA 98101
Ph. (206) 624-8844